SCWC-15-0000093

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PAT ROCCO,
Petitioner/Plaintiff-Appellant,

vs.

KALAPANA SEAVIEW ESTATES COMMUNITY ASSOCIATION,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000093; CASE NO. 3RC-13-1-589)

ORDER DISMISSING WITHOUT PREJUDICE APPLICATION
FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Plaintiff-Appellant Pat Rocco's Application for Writ of Certiorari filed on July 2, 2015, and the record, it appears that the Intermediate Court of Appeals has not issued a decision on the appeal to date, and therefore, Petitioner's request for certiorari review is premature. See HRS § 602-59(a) ("After issuance of the intermediate appellate court's judgment or dismissal order, a party may seek review of the intermediate appellate court's decision and judgment or dismissal order only by application to the supreme court for a writ of certiorari . . . ."); HRAP Rule

40.1(a)(1) ("A party may seek review of the intermediate court of appeals' decision by filing an application for a writ of certiorari in the supreme court.  The application shall be filed within 30 days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order . . . ."). Accordingly,

IT IS HEREBY ORDERED that the Application for Writ of Certiorari is dismissed without prejudice to re-filing a certiorari application as provided for under HRS § 602-59 and HRAP Rule 40.1.

DATED:  Honolulu, Hawaiʻi, August 4, 2015.

Pat Rocco
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

